Stella Astrauskas et al., Trading as The 2507 Club, Appellants, v. Justin Astrauskas et al., Appellees.

Gen. No. 43,907.

opinion
filed June 4, 1947; rehearing denied June 19, 1947; released for pub-
lication June 19, 1947. Whitney E. Tarutis, for appellant; Harold L.
Reeve and A. E. Peterson, for appellees. PER CURIAM. **Not to be pub-
lished in full.**